**Affirmed and Memorandum Opinion filed August 29, 2013.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-12-01136-CR
## NO. 14-12-01137-CR

---

## RODNEY CRAIG GLOVER, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

### On Appeal from the 232nd District Court
### Harris County, Texas
### Trial Court Cause Nos. 1328217 & 1328218

---

## M E M O R A N D U M   O P I N I O N

Appellant entered a plea of guilty to two counts of indecency with a child by contact and, pursuant to a plea bargain agreement with the State, the trial court placed appellant on five years' deferred adjudication probation. The State subsequently filed a motion to adjudicate appellant's guilt; the trial court found all

allegations to be true, and assessed punishment at four years in prison. Appellant filed a timely notice of appeal.

Appellant's appointed counsel filed a brief in which she concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant. Appellant was advised of the right to examine the appellate record and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). As of this date, more than forty-five days has passed and no pro se response has been filed.

We have carefully reviewed the record and counsel's brief and agree the appeals are wholly frivolous and without merit. Further, we find no reversible error in the record. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, in each case the judgment of the trial court is affirmed.


PER CURIAM


Panel consists of Justices Frost, Boyce, and Jamison.
Do Not Publish — TEX. R. APP. P. 47.2(b).


2